UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| IN RE: | * |
| DESRINE SCHOBURGH | *   CASE NO. 17-23134 MMH |
| Debtor | |

\* \* \* \* \* \* \* \* \* \* \* \*

DESRINE SCHOBURGH,
        Plaintiff         ADVERSARY PROCEEDING NO.: 18-00007

vs.

PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, INC.
t/a AMERICAN EDUCATION SERVICES, et al.

Defendants

\* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT

    Desrine Schoburgh, Plaintiff, by her undersigned attorney and pursuant to Fed. R. Civ. P. 55(a), made applicable by Fed. R. Bankr. P. 7055 moves for the entry of an Order of Default against Defendants Pennsylvania Higher Education Assistance Agency, Incorporated t/a American Education Services (PHEAA), Richland State Bank (Bank), and Education Investment Company, LLC (EdInvest) (collectively, the the PHEAA Defendants) on the grounds that:

    1.    PHEAA was duly served with the Summons, and Complaint in this Adversary Proceeding on January 10, 2018, pursuant to Fed. R. Bankr. P. 7004(b)(3) and was duly served with the Summons and First Amended Complaint on February 22, 2018, pursuant to Fed. R. Bankr. P. 7004(b)(3). Copies of the Certificates of Service are attached hereto and incorporated herein by reference as, respectively, Exhibits A and B.

    2.    Bank was duly served with the Summons, and Complaint in this Adversary Proceeding on February 22, 2018, together with a copy of L.B.R. 7001-1, pursuant to Fed. R. Bankr. P. 7004(h). A copy of the Certificate of Service is attached hereto and incorporated herein by reference as Exhibit B. A copy of the certified mail return receipt is attached hereto and incorporated herein by reference as Exhibit C.

3. EdInvest was duly served with the Summons and First Amended Complaint on February 22, 2018, pursuant to Fed. R. Bankr. P. 7004(b)(3). A copy of the Certificate of Service is attached hereto and incorporated herein by reference as Exhibit B.

4. As of the date of this motion, no PHEAA Defendant has filed any responsive pleading to the Complaint.

**WHEREFORE**, Plaintiff respectfully requests that this Court:

(a) Enter an Order of Default against PHEAA, Bank, and EdInvest, and

(b) Grant such other and further relief as the Court deems appropriate.

/s Wendell Finner
Wendell Finner, Florida Bar No. 93882
9407 Harford Road
Baltimore, Maryland 21234
(410) 929-2440
(410) 449-1170 fax
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing were sent by first class mail on April 17, 2018 to:

Pennsylvania Higher Education Assistance Agency, Inc. t/a American Education Services
Serve on: The Corporation Trust Incorporated
351 West Camden Street
Baltimore, MD 21201

Navient Solutions, LLC
c/o Jeffrey L. Friedman, Esquire
100 Owings Court, Suite 4
Reisterstown, MD 21136

Education Investment Company, LLC
Serve on: The Corporation Trust Company
1209 N. Orange St.
Wilmington, DE 19801

Pennie Lutz, President
RICHLAND STATE BANK
P.O. Box 338
Bruce, SD 57220

/s Wendell Finner

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
at

| | | |
|---|---|---|
| In Re: | * | |
| | * | Case No. |
| | * | Chapter |
| | * | |
| Debtor(s) | * | |
| * * * * * * * * * * * * * * * ** * * * * * * * * | * | |
| | * | |
| | * | |
| | * | |
| Plaintiff(s) | * | |
| vs. | * | Adversary Proceeding No. |
| | * | |
| | * | |
| | * | |
| Defendant(s) | * | |

**CERTIFICATE OF SERVICE OF COMPLAINT AND SUMMONS**

I, _____(name), certify that service of this summons and a copy of the complaint was made _____(date of service) by:

_____ Mail Service: Regular, first class United States Mail, postage fully prepaid, addressed to:

Pennsylvania Higher Education Assistance Agency, Inc.
t/a American Education Services
Serve on: The Corporation Trust Incorporated
351 West Camden Street
Baltimore, MD 21201

NAVIENT SOLUTIONS, LLC
c/o CSC-Lawyers Incorporating Service Co.
7 Saint Paul Street, Suite 820
Baltimore, MD 21202

_____ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:


_____ Residence Service: By leaving the process with the following adult at:


_____ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:


_____ Publication: The defendant was served as follows: (Describe briefly)


_____ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: (Describe briefly)

<span style="color:red">EXHIBIT A</span>

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: __January 10, 2018__          Signature: _____

Print Name __Wendell Finner__

Business Address __9407 Harford Rd__

City __Baltimore__   State __MD__   Zip __21234__

3/8/2011

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

In Re: Desrine Schoburgh

Case No. 17-23124 MMH
Chapter 7

Debtor(s)

Desrine Schoburgh

Plaintiff(s)

vs.

Adversary Proceeding No. 18-0007

Pennsylvania Higher Education Assistance Agency, Inc. t/a American Education Services, Inc., Richland State Bank, Education Investment Co., LLC, Richland State Bank, Navient Solutions, LLC

Defendant(s)

## CERTIFICATE OF SERVICE OF COMPLAINT AND SUMMONS

I, **Wendell Finner** _____ (name), certify that service of this summons and a copy of the complaint was made **February 22, 2018** _____ (date of service) by:

[✔] Mail Service: Regular, first class United States Mail, postage fully prepaid, addressed to:
Pennsylvania Higher Education Assistance Agency, Inc.   Education Investment Company, LLC
t/a American Education Services
Serve on: The Corporation Trust Incorporated            Serve on: The Corporation Trust Company
351 West Camden Street                                  1209 N. Orange St.
Baltimore, MD 21201                                     Wilmington, DE 19801

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[✔] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:
Pennie Lutz, President
RICHLAND STATE BANK
P.O. Box 338
Bruce, SD 57220

[ ] Publication: The defendant was served as follows: (Describe briefly)

[ ] State Law: The defendant was served pursuant to the laws of the State of _____
as follows: (Describe briefly)

EXHIBIT B

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: __April 16, 2018__          Signature: _____

Print Name __Wendell Finner__

Business Address __9407 Harford Road__

City __Baltimore__     State __MD__     Zip __21234__

3/8/2011

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RICHLAND STATE BANK
Serve on: Pennie Lutz, President
P.O. Box 338
Bruce, SD 57220

9590 9402 2797 7069 8741 85

2. Article Number *(Transfer from service label)*

7015 1520 0001 1330 9004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Pennie Lutz
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery
2-27-18

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...il
☐ ...il Restricted Delivery
  (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt