# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **17–23124 – MMH**   Chapter: **7**   Adversary No.: **18–00007**

**Desrine Schoburgh**
Debtor

**Desrine Schoburgh**
Plaintiff(s)

vs.

**Pennsylvania Higher Education Assistance Agency, Inc.**
Defendant(s)

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

Name: Pennsylvania Higher Education Assistance Agency, Inc.

Therefore, default is entered against the defendant as authorized by Federal Bankruptcy Rule 7055.

Dated: 4/18/18

Mark A. Neal, Clerk of Court
by Deputy Clerk, Lisa Alexander
301–344–3378

cc:   Plaintiff(s)
      Attorney(s) for Plaintiff(s) – Wendell Finner
      Defendant(s)
      Attorney(s) for Defendant(s) – PRO SE

clkdflt (08/2006) – *lalexander*