United States Bankruptcy Court
District of Maryland

Schoburgh,
        Plaintiff                                          Adv. Proc. No. 18-00007-MMH

Pennsylvania Higher Education Assistance,
        Defendant

## CERTIFICATE OF NOTICE

District/off: 0416-1          User: lalexande          Page 1 of 1              Date Rcvd: Apr 18, 2018
                              Form ID: clkdflt          Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2018.
pla             Desrine Schoburgh,   c/o Wendell Finner Esquire,   Glen Burnie, MD  21234
dft            +Education Investment Company, LLC,   1209 Orange Street,   Wilmington, DE 19801-1120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2018 at the address(es) listed below:
        Jeffrey L. Friedman    jeff@friedmanlaw.net
        Wendell  Finner    himself@wendellfinner.com
                                                                          TOTAL: 2

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **17–23124 – MMH**    Chapter: **7**    Adversary No.: **18–00007**

**Desrine Schoburgh**
Debtor

**Desrine Schoburgh**
Plaintiff(s)

vs.

**Education Investment Company, LLC**
Defendant(s)

# ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

Name: Education Investment Company, LLC

Therefore, default is entered against the defendant as authorized by Federal Bankruptcy Rule 7055.

Dated: 4/18/18

Mark A. Neal, Clerk of Court
by Deputy Clerk, Lisa Alexander
301–344–3378

cc:    Plaintiff(s)
      Attorney(s) for Plaintiff(s) – Wendell Finner
      Defendant(s)
      Attorney(s) for Defendant(s) – PRO SE

clkdflt (08/2006) – *lalexander*