United States Bankruptcy Court
District of Maryland

Schoburgh,
    Plaintiff

Adv. Proc. No. 18-00007-MMH

Pennsylvania Higher Education Assistance,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0416-1     User: lalexande     Page 1 of 1     Date Rcvd: Apr 18, 2018
                           Form ID: clkdflt     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2018.
pla         Desrine Schoburgh,   c/o Wendell Finner Esquire,   Glen Burnie, MD   21234
dft         +Richland State Bank,   P.O. Box 338,   Bruce, SD 57220-0338

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2018 at the address(es) listed below:
         Jeffrey L. Friedman    jeff@friedmanlaw.net
         Wendell   Finner    himself@wendellfinner.com
     TOTAL: 2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **17–23124 – MMH**   Chapter: **7**   Adversary No.: **18–00007**

**Desrine Schoburgh**
Debtor

**Desrine Schoburgh**
Plaintiff(s)

vs.

**Richland State Bank**
Defendant(s)

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

Name: Richland State Bank

Therefore, default is entered against the defendant as authorized by Federal Bankruptcy Rule 7055.

Dated: 4/18/18

Mark A. Neal, Clerk of Court
by Deputy Clerk, Lisa Alexander
301–344–3378

cc:   Plaintiff(s)
      Attorney(s) for Plaintiff(s) – Wendell Finner
      Defendant(s)
      Attorney(s) for Defendant(s) – PRO SE

clkdflt (08/2006) – *lalexander*